# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE JOEL MOFFETT, SR., <br><br> Petitioner <br><br> v. <br><br> DR. ORNOPIA, M.D., et al., <br><br> Respondents | Case No. 2:20-cv-00915-JAD-NJK <br><br> **Order Dismissing Petition <br> and Closing Case** |

    Pro se Petitioner Steve Joel Moffett, Sr. filed this habeas petition without paying the $5.00 habeas filing fee or submitting an application to proceed *in forma pauperis* ("IFP").[1] I therefore ordered Moffett to either pay the $5 filing fee or submit a complete IFP application with all required attachments within 30 days.[2] I also ordered Moffett to amend his hand-written petition on the appropriate form or in substantial compliance with the form. Moffett was warned that a failure to comply by (a) submitting a complete IFP application or paying the filing fee, and (b) amending his petition would result in the dismissal of this action without prejudice and without further advance notice.[3] The 30-day deadline expired last month and Moffett has not filed a completed IFP application, paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.[4]

    IT IS THEREFORE ORDERED that Petitioner Steve Joel Moffett, Sr.'s Petition for Writ of Habeas Corpus **[ECF No. 1-1] is DISMISSED WITHOUT PREJUDICE** based his on failure to comply with the court's Order [ECF No. 3] or the Local Rules of Practice.

---

[1] *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

[2] ECF No. 3.

[3] *Id.*

[4] I note, however, that on June 11, 2020, Moffett initiated another case in this district by filing a civil rights complaint and paying the $400 filing fee. *See Moffett v. VA Southern Nevada Healthcare System*, 2:20-cv-1043-APG-NJK. It is not clear whether the two cases are related.

IT IS FURTHER ORDERED that the Clerk of Court is directed to ENTER FINAL JUDGMENT and CLOSE THIS CASE.

Dated: July 27, 2020

_____
U.S. District Judge Jennifer A. Dorsey